People v Felix
2026 NY Slip Op 03821
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Ruben D. Felix, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2017-09990, (Ind. No. 12/17)
Francesca E. Connolly, J.P.
Lourdes M. Ventura
Phillip Hom
Susan Quirk, JJ.

Ruben Felix, named herein as Ruben D. Felix, Stormville, NY, appellant pro se.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 2019 (People v Felix, 175 AD3d 1424), determining an appeal from a judgment of the County Court, Dutchess County, rendered August 21, 2017.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CONNOLLY, J.P., VENTURA, HOM and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court